IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 13-53714-MGD |
| | ) | |
| JEAN EDGIRE CHRISPIN, | ) | CHAPTER 7 |
| Debtor. | ) | |

**NOTICE OF PAYMENT OF FUNDS INTO THE REGISTRY OF THE COURT**

COMES NOW, William J. Layng, Jr., Trustee of the above referenced estate, and represents to the best of the undersigned's knowledge and belief as follows:

1. I am the duly appointed, qualified, Trustee of the above named estate.

2. In accordance with 11 U.S.C. §347(a), payment has been stopped on all checks of the estate that remain unpaid, or the returned checks have been properly voided, as identified in Paragraph 3. The total sum of these checks is $6,904.74 which has been deposited with the court for disposition pursuant to 28 U.S.C. §§2041 et. seq.

3. Pursuant Federal Rule of Bankruptcy Procedure 3011, the last known name and address of each entity whose final dividend check has not been presented for payment and the amount that such entity is entitled to be paid from the property of the Estate which has been paid into the court as follows:

| **Name and last Known Address** | **Amount** |
|---|---|
| Omni Credit SE FL<br>2555 Collins Ave<br>Apt 305<br>Miami Beach, FL 33140-4757 | $6,904.74 |

Dated: 6/8/16

/s/ William J. Layng, Jr.
William J. Layng, Jr., PC
Suite 3477
2451 Cumberland Parkway
Atlanta, GA 30339-6157
(404) 276-4749
Fax: (678) 669-2115
Email: blayng@wlaynglaw.com

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                                      )        CASE NO.  13-53714-MGD
                                                            )
JEAN EDGIRE CHRISPIN,                                       )        CHAPTER 7
    Debtor.                                                 )

## CERTIFICATE OF SERVICE

    This is to certify that I have this day served a copy of the **NOTICE OF PAYMENT OF FUNDS INTO THE REGISTRY OF THE COURT** on the following by placing a copy of same in the United States mail in a properly address and stamped envelope to:

Jean Edgire Chrispin
6498 Menlo Way
Rex, GA 30273

E. L. Clark
Clark & Washington, P.C.
Bldg. 3
3300 Northeast Expwy.
Atlanta, GA 30341

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Omni Credit SE
2555 Collins Ave
Apt. 305
Miami Beach, FL 33140-4757


Executed on: 6/8/16                     By: /s/ William J. Layng, Jr.
                                                                            William J. Layng, Jr.
                                                                            Chapter 7 Trustee